Jennifer M. Herrmann, Esq. (PA Atty. No. 209512)
JASINSKI, P.C.
Sixty Park Place, 8th Floor
Newark, New Jersey 07102
Tel: (973) 824-9700
Fax: (973) 824-6061
*Attorneys for defendant CHMS Group LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, *et al.*,<br><br>Defendants. | Civil Action No. 2:18-cv-01608-PJP<br><br>Hon. Peter J. Phipps, U.S.D.J. |

### DEFENDANT CHMS GROUP LLC'S DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant CHMS Group LLC, in the above captioned action, certifies that there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

　　　　　　　　　　　　　　　　　　　　JASINSKI, P.C.
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Dated:  February 20, 2019　　　　By:  s/Jen Herrmann
　　　　　　　　　　　　　　　　　　　　Jennifer M. Herrmann
　　　　　　　　　　　　　　　　　　　　JASINSKI, P.C.
　　　　　　　　　　　　　　　　　　　　Sixty Park Place, 8th Floor
　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　Tel: (973) 824-9700
　　　　　　　　　　　　　　　　　　　　Fax: (973) 824-6061
　　　　　　　　　　　　　　　　　　　　jherrmann@jplawfirm.com
　　　　　　　　　　　　　　　　　　　　PA 209512