# Exhibit 1

Exhibit 1

# Seeking care can be the very best decision

## Let us guess…

Everything feels quite overwhelming right now. There's too much change at once. Emotions are running high. And you have all sorts of questions.

Deciding to seek skilled nursing care is a hard decision.
But it can also be the very best decision.



When all of us — you, your family, staff, administrators — work together to care for you, we move you toward a healthier, happier life.

We call this "living forward."



## CARE OPTIONS



# Short-Term Rehabilitation

Our goal is simple: get you better and get you home. Whether you need rehab after a stroke, a fracture, a surgery, or any other reason, we're ready to help you get back on your feet and get back to living your life.

With your input, we develop a personalized care plan that we update regularly as you progress. And we provide all the support and therapy you need to feel better and live independently again. We'll help you transition home and check in to make sure you're still doing well in the days and weeks that follow.

[SCHEDULE A TOUR (HTTPS://WWW.KADIMAHEALTH.COM/CONTACT-US/)]

# Skilled Nursing Care / Long-Term Care

When you're living with a prolonged illness or chronic condition, you might need additional care to live safely and feel your best. We'll provide all the treatment, therapy, and support you need. And you can rest easy knowing that skilled, experienced nurses are mere steps away at all times, night or day.

When you choose Kadima, you can focus on feeling good and living your life on your terms. We'll take care of everything else.

[SCHEDULE A TOUR (HTTPS://WWW.KADIMAHEALTH.COM/CONTACT-US/)]



## Services and Amenities



24-hour nursing care and a physician on call at all times



A small, close-knit community



A comfortable room where you can rest and relax



Appetizing meals to help you regain your health and strength



A team of trained staff who treat you with compassion and sensitivity



Days that are yours to design with optional programming that keeps you thinking, moving, and laughing



The therapy you need to be as healthy and independent as possible — including physical, occupational, and speech therapy



An open invitation for family and friends to visit at any time

SCHEDULE A TOUR (HT



# "I'M SLOWLY GETTING BACK TO NORMAL LIFE"

"It's difficult to explain how much Kadima at Pottstown has helped me. Before I came here, I couldn't even get out of bed on my own. Now I can get out of bed, I'm stronger, I can take care of myself… they helped me with everything. It's a smaller facility with high-tech equipment and care. The strong medical care, the compassionate staff (nurses, housekeeping, dietary, etc) and physical therapy have turned me around. I'm slowly getting back to normal life."

**JAMES BAIRD**

*Resident at Kadima Rehabilitation and Nursing at Pottstown*

# Frequently Asked Questions

Do you offer private rooms?

When can family members visit?

What is the food like?

Will someone help me get dressed?

Can I bring my own furniture?

Which doctor would I see?

Can I stay in my room for meals?

Can I lock my door?

Are there activities?

Will I get therapy?

How do I get help if I need it?

How can I set up a tour?

What is your admissions process?

Do you have a memory care/dementia/Alzheimer's unit?

Do you accept insurance?

SCHEDULE A TOUR (HTTPS://WWW.KADIMAHEALTH.COM/CONTACT-US/)



(https://www.kadimahealth.com/)

**OUR LOCATIONS**

Campbelltown (https://www.kadimahealth.com/locations/#campbelltown)

Lakeside (https://www.kadimahealth.com/locations/#lakeside)

Lititz (https://www.kadimahealth.com/locations/#lititz)

Luzerne (https://www.kadimahealth.com/locations/#luzerne)

Palmyra (https://www.kadimahealth.com/locations/#palmyra)

Pottstown (https://www.kadimahealth.com/locations/#pottstown)

**QUICK LINKS**

Careers at Kadima (https://www.kadimahealth.com/careers/)

Care Options (https://www.kadimahealth.com/services/#care-options)

Services and Amenities (https://www.kadimahealth.com/services/#services-amenities)

FAQs (https://www.kadimahealth.com/services/#faqs)

Nondiscrimination (https://www.kadimahealth.com/nondiscrimination/)

Have a concern? Please Contact us

**CONTACT US (https://www.kadimahealth.com/contact-us/)**

(http://www.lighthouse-services.com/kadimahealth)

**liveforward@kadimahealth.com (mailto:liveforward@kadimahealth.com)**

**SCHEDULE A TOUR (HTTPS://WWW.KADIMAHEALTH.COM/CONTACT-US/)**

Kadima Healthcare Group. All rights reserved.

Designed & developed by Purple Pixel Design Group (https://www.purplepixeldesigns.com/)