IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A SU, *Secretary of Labor, United States Department of Labor*,<br><br>*Plaintiff*,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, *et al*,<br><br>*Defendants*. | Civil Action No. 2:18-cv-1608<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 2nd day of September 2023, IT IS HEREBY ORDERED that the August 30, 2023 Order of Court (ECF No. 364) is MODIFIED as follows: no ownership interest in any of the Defendants/Facility Defendants shall be transferred before the Court adjudicates Plaintiff's motion for preliminary injunction.

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE