UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE SU, <br> ACTING SECRETARY OF LABOR, <br> UNITED STATES DEPARTMENT OF <br> LABOR <br>   Plaintiff, <br> v. <br> COMPREHENSIVE HEALTHCARE <br> MANAGEMENT SERVICES, LLC, at al <br>   Defendants. | Civil Action No. 2:18-cv-01608 WSS <br> Honorable William S. Stickman IV <br> Honorable Chief Judge Mark R. Hornak <br> *Electronically Filed* |

**<u>DEFENDANTS' NOTICE OF CONSENT FILING TO EXTENSION OF TRO</u>**

Defendants Comprehensive Healthcare Managements Services, LLC d/b/a Brighton Rehabilitation and Wellness Center; Maybrook-C Briarcliff Opco, LLC, d/b/a The Grove at Irwin or The Grove at North Huntington; Maybrook-C Evergreen Opco, LLC, d/b/a The Grove at Harmony; Maybrook-C Kade Opco, LLC, d/b/a The Grove at Washington; Maybrook-C Latrobe Opco, LLC, d/b/a The Grove at Latrobe; Maybrook-C Overlook Opco, LLC, d/b/a The Grove at New Wilmington; Maybrook-C Silver Oaks Opco, LLC, d/b/a The Grove at New Castle; Maybrook-C Whitecliff Opco, LLC, d/b/a The Grove at Greenville; Monroeville Operations LLC, d/b/a Monroeville Rehabilitation & Wellness Center; Cheswick Rehabilitation and Wellness Center, LLC; Mt. Lebanon Rehabilitation and Wellness Center, LLC; Murrysville Operation, d/b/a Murrysville Rehabilitation & Wellness Center; North Strabane Rehabilitation and Wellness Center, LLC; North Strabane Retirement Village, LLC; South Hills Operations LLC, d/b/a South Hills Rehabilitation and Wellness, Sam Halper, and CHMS Group LLC, by and through their counsel, and pursuant to the Court's directive of September 13, 2023, give notice that they consent to the extension of the temporary restraining order (ECF No. 373) until October 5, 2023 to allow

the parties to complete discovery and present their cases at the preliminary injunction hearing set for September 27, 2023.

Dated:  September 14, 2023

Respectfully submitted,

JACKSON LEWIS, PC

*/s/ Marla N. Presley*
Marla N. Presley, Esq. (PA I.D. No. 91020)
marla.presley@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
Telephone: (412) 232-0404
Facsimile: (412) 232-3441

Catherine A. Cano (admitted *pro hac vice*)
catherine.cano@jacksonlewis.com
10050 Regency Circle, Suite 400
Omaha, Nebraska   68114
Telephone: 402-391-1991
Facsimile: 402-391-7363

Jeffrey A. Schwartz (admitted *pro hac vice*)
Jeffrey.Schwartz@jacksonlewis.com
Jackson Lewis P.C.
171 17th Street, NW, Suite 1200
Atlanta, GA 30363
(404) 525-8200 telephone
(404) 525-1173 facsimile

*Counsel for Defendants*