IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT<br>SERVICES, LLC, et al.<br><br>Defendants. | Case No. 2:18-cv-01608-WSS |

**PROPOSED ORDER**

AND NOW on this _____, day of _____, 2023, upon consideration of the Plaintiff's request for a Preliminary Injunction under Federal Rule of Civil Procedure 65, the parties' pleadings related to that request, the parties' discovery designations related to that request, and the evidence and argument received at the September 27, 2023 preliminary injunction hearing, it is hereby ORDERED that the Preliminary Injunction is GRANTED.

1. The Court makes the following findings:

    a. Plaintiff is likely to succeed on the merits of her claims for relief, including equitable relief, under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201-219.

    b. Plaintiff will suffer substantial and irreparable harm unless this Order is entered.

    c. Plaintiff will suffer a greater injury by the denial of the requested relief than will be inflicted upon Defendants by the granting of the requested relief.

1

d. The public interest is served by the entry of the Plaintiff's requested preliminary injunction.

2. IT IS THEREFORE ORDERED THAT Defendants, together with their representatives, agents, servants, and all others persons within the scope of Federal Rule of Civil Procedure 65(d)(2), are hereby ENJOINED and RESTRAINED, until further Order of the Court, from selling, transferring, or otherwise disposing of any interest in, or asset of, Facility Defendants Maybrook-C Briarcliff Opco, LLC, d/b/a The Grove at Irwin or The Grove at North Huntington; Maybrook-C Evergreen Opco, LLC, d/b/a The Grove at Harmony; Maybrook-C Kade Opco, LLC, d/b/a The Grove at Washington; Maybrook-C Latrobe Opco, LLC, d/b/a The Grove at Latrobe; Maybrook-C Overlook Opco, LLC, d/b/a/ The Grove at New Wilmington; Maybrook-C Silver Oaks Opco, LLC, d/b/a/ The Grove at New Castle, and; Maybrook-C Whitecliff Opco, LLC, d/b/a The Grove at Greenville to the ownership group affiliated with Kadima Healthcare Group, Inc., which includes Daniel Morris and Jonathan Strauss.

3. IT IS FURTHER ORDERED THAT Defendants, together with their representatives, agents, servants, and all others persons within the scope of Federal Rule of Civil Procedure 65(d)(2), are hereby ENJOINED and RESTRAINED, until further Order of the Court, from selling, transferring, or otherwise disposing of any interest in, or asset of, any Facility Defendant prior to adjudication of the Phase II trial in this matter unless they give at least fourteen (14) days' notice of any such sale, transfer, or disposition to the Court and Plaintiff, including the identity of the persons and/or entities to whom the sale, transfer, or disposition would be made.

4. Under Federal Rule of Civil Procedure 65(c), Plaintiff is not required to give security to obtain issuance of the preliminary injunction.

5. Plaintiff, through her counsel, may serve copies of this Order upon Defendants and upon any person within the scope of Federal Rule of Civil Procedure 65(d)(2), in the activities referred to above.

6. This Preliminary Injunction shall take effect immediately and shall remain in effect pending final disposition in this action, or further order of this Court.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE