IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A SU, *Secretary of Labor, United States Department of Labor*,<br><br>*Plaintiff*,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, *et al*,<br><br>*Defendants*. | Civil Action No. 2:18-cv-1608<br><br>Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD:  Injunction Hearing
DATE HEARING HELD:  September 27, 2023
BEFORE:  Judge William S. Stickman IV

Appearing for Plaintiff:                                  Appearing for Defendants:
Alejandro Alfonso Herrera, Esquire          Marla N. Presley, Esquire
                                                                         Jeffrey A. Schwartz, Esquire

Conference began at 10:08 a.m.              Conference concluded at 2:38 p.m.

Stenographer:  Karen Earley

### WITNESSES:

Denise Cox
Martha Stillwagon
Lisa Baldi

### EXHIBITS:

Exhibits 1 through 4 admitted.

### NOTES:

The Court heard argument relative to the request for an injunction.