IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A SU, *Secretary of Labor, United States Department of Labor*, <br><br> *Plaintiff*, <br><br> v. <br><br> COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, *et al*, <br><br> *Defendants*. | Civil Action No. 2:18-cv-1608 <br><br> Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this __5__ day of October 2023, for the reasons set forth in the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that Plaintiff Julie A. Su's Motion for a Preliminary Injunction (ECF No. 361) is DENIED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE