IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN J. WALSH, *Secretary of Labor, United States Department of Labor*, <br><br> *Plaintiff*, <br><br> v. <br><br> COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, *et al*, <br><br> *Defendants*. | Civil Action No. 2:18-cv-1608 <br><br> Hon. William S. Stickman IV |

## PHASE II TRIAL SCHEDULE

AND NOW, this 16th day of October 2023, IT IS HEREBY ORDERED that the Phase II bench trial in this matter will be held as follows:

- The bench trial will begin on January 8, 2024 at 9:30 a.m. in courtroom 8B before Judge William S. Stickman.
- January 9, 10, 11, and 12, 2024
- January 16, 17, 18, and 19, 2024
- February 12, 13, 14, 15, and 16, 2024
- February 20, 21, 22, and 23, 2024

IT IS FURTHER ORDERED that the parties meet and confer to determine whether additional mediation would be fruitful, including judicial mediation pursuant to the Court's program for trial ready cases.

BY THE COURT:

/s/ William S. Stickman IV

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE