IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A SU, *Secretary of Labor, United States Department of Labor*,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, *et al*,<br><br>　　　　*Defendants*. | Civil Action No. 2:18-cv-1608<br><br>Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD:  Bench Trial
DATE TRIAL HELD:  February 15, 2024
BEFORE:  Judge William S. Stickman IV

| Appearing for Plaintiff: | Appearing for Defendants: |
|---|---|
| Alejandro Alfonso Herrera, Esquire | Marla N. Presley, Esquire |
| Erik Unger, Esquire | Jeffrey Schwartz, Esquire |
| Mohamed Seifeldein, Esquire | Kelly Mistick, Esquire |

Trial began at:  9:43 a.m.　　　　　　　　　　Trial concluded at:  2:45 p.m.

Stenographer:  Karen Earley

WITNESSES:

Kris Hoke
Brenda Tissue
Cami Dziak
Janet Thomas
Richard Goff

NOTES:

Evidence entered and trial concluded.

Parties are to meet and confer regarding the witness list and exhibit list and return any edits to the Court on or before 02/21/24.

A post-trial briefing schedule will issue upon the filing of the transcripts.