IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

# TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
| JX-1 | | | Cheswick Rehabilitation and Wellness Center, LLC Handbook |
| JX-2 | | | Maybrook-C Briarcliff Opco, LLC (Irwin) Handbook |
| JX-3 | | | Maybrook-C Evergreen Opco, LLC (Harmony) Handbook |
| JX-4 | | | Maybrook-C Kade Opco, LLC (Washington) Handbook |
| JX-5 | | | Maybrook-C Latrobe Opco, LLC Handbook |
| JX-6 | | | Maybrook-C Overlook Opco, LLC (New Wilmington) Handbook |
| JX-7 | | | Maybrook-C Silver Oaks Opco, LLC (New Castle) Handbook |
| JX-8 | | | Maybrook-C Whitecliff Opco, LLC (Greenville) Handbook |
| JX-9 | | | Monroeville Handbook |
| JX-10 | | | Mt. Lebanon Handbook |
| JX-11 | | | Murrysville Handbook |
| JX-12 | | | North Strabane Rehabilitation and Wellness Center, LLC Handbook |
| JX-13 | | | North Strabane Retirement Village Handbook |
| JX-14 | | | South Hills Handbook |
| JX-15 | | | Comprehensive Healthcare Management Services DBA Brighton Handbook |
| JX-16 | | | Maybrook-C Whitecliff Opco, LLC (Greenville) Organizational Chart |
| JX-17 | | | Maybrook-C Overlook Opco, LLC (New Wilmington) Organizational Chart |
| JX-18 | | | Maybrook-C Evergreen Opco, LLC (Harmony) Organizational Chart |
| JX-19 | | | Maybrook-C Silver Oaks Opco, LLC (New Castle) Organizational Chart |
| JX-20 | | | South Hills Organizational Chart |
| JX-21 | | | Maybrook-C Kade Opco, LLC (Washington) Organizational Chart |
| JX-22 | | | Mt. Lebanon Organizational Chart |
| JX-23 | | | Murrysville Organizational Chart |
| JX-24 | | | Maybrook-C Briarcliff Opco, LLC (Irwin) Organizational Chart |

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

# TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
| JX-25 | | | Monroeville Organizational Chart |
| JX-26 | | | Maybrook-C Latrobe Opco, LLC Organizational Chart |
| JX-27 | | | North Strabane Retirement Village Organizational Chart |
| JX-28 | | | North Strabane Rehabilitation and Wellness Center, LLC Organizational Chart |
| JX-29 | | | Cheswick Rehabilitation and Wellness Center, LLC Organizational Chart |
| JX-30 | | | Comprehensive Healthcare Management Services (Brighton) Organizational Chart |
| JX-31 | | | Comprehensive Healthcare Management Services LLC DBA Friendship Ridge Service and Maintenance CBA |
| JX-32 | | | Comprehensive Healthcare Management Services (Brighton) CBA |
| JX-33 | | | Cheswick Rehabilitation and Wellness Center, LLC CBA |
| JX-34 | | | Maybrook-C Latrobe Opco, LLC CBA |
| JX-35 | | | Maybrook-C Briarcliff Opco, LLC (Irwin) CBA |
| JX-36 | | | Maybrook-C Evergreen Opco, LLC (Harmony) CBA |
| JX-37 | | | Maybrook-C Kade Opco, LLC (Washington) CBA |
| JX-38 | | | Maybrook-C Silver Oaks Opco, LLC (New Castle) CBA |
| JX-39 | | | Monroeville/Mt. Lebanon/Murrysville CBA |
| JX-40 | | | North Strabane Rehabilitation and Wellness Center, LLC/North Strabane Retirement Village CBA |
| JX-41 | | | South Hills CBA |
| JX-42 | | | Comprehensive Healthcare Management Services (Brighton) CBA |
| JX-43 | | | Cheswick Rehabilitation and Wellness Center, LLC CBA |
| JX-44 | | | Maybrook-C Latrobe Opco, LLC CBA |
| JX-45 | | | Maybrook-C Briarcliff Opco, LLC (Irwin) CBA |
| JX-46 | | | Maybrook-C Evergreen Opco, LLC (Harmony) CBA |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Su v. Comprehensive Healthcare Management Services, LLC, *et al*    18-1608

## TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
| JX-47 | | | Maybrook-C Kade Opco, LLC (Washington) CBA |
| JX-48 | | | Maybrook-C Silver Oaks Opco, LLC (New Castle) CBA |
| JX-49 | | | Monroeville/Mt. Lebanon/Murrysville CBA |
| JX-50 | | | North Strabane Rehabilitation and Wellness Center, LLC/North Strabane Retirement Village |
| JX-51 | | | South Hills CBA |
| JX-52 | | | SEALED - Initial Pay & Time Data Production |
| JX-53 | | | SEALED - Supplemental Pay & Time Data Production August 2020 |
| JX-54 | | | SEALED - Supplemental Pay & Time Data Production December 2020 |
| JX-55 | | | SEALED - Supplemental Pay & Time Data Production March 2021 |
| JX-56 | | | SEALED - Supplemental Pay & Time Data Production August 2021 |
| JX-57 | | | SEALED - Supplemental Pay & Time Data Production December 2021 |
| JX-58 | | | SEALED - Supplemental Pay & Time Data Production March 2023 |
| JX-59 | | | 07/31/15 S. Halper Email |
| JX-60 | | | 09/01/15 P. Zlotolow Email |
| JX-61 | | | 09/03/15 M. Gandl Email |
| JX-62 | | | 09/09/15 S. Halper Email |
| JX-63 | | | 09/28/15 J. Kelly Email |
| JX-64 | | | 11/10/15 M. Gandl Email |
| JX-65 | | | 11/25/15 M. Gandl Email |
| JX-66 | | | 12/09/15 M. Gandl Email |
| JX-67 | | | 09/15/16 M. Licht Email |
| JX-68 | | | 12/05/16 M. Zapor Email |
| JX-69 | | | 09/25/17 S. Halper Email |
| JX-70 | | | 10/17/17 S. Halper Email |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2024

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

## TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
| JX-71 | | | 10/25/17 M. Gandl Email |
| JX-72 | | | 11/17/17 S. Halper Email |
| JX-73 | | | 11/22/17 J. Reichard Email |
| JX-74 | | | 03/28/18 D. Bernstein Email |
| JX-75 | | | 04/26/18 M. Neufeld Email |
| JX-76 | | | 06/01/18 A. Pechman Email |
| JX-77 | | | 06/20/18 S. Stewart Email |
| JX-78 | | | 06/21/18 C. Matlack Email |
| JX-79 | | | 07/10/18 A. Pechman Email |
| JX-80 | | | Exempt vs. Non-Exempt List |
| | PX-1 | | Employee Declarations at page numbers 128-131; 152-154; 155-157; 168-170; 194-196; 220-223; 224; 226-277; 288-293 |
| | PX-2 | | Employee Declarations |
| | PX-3 | | Employee Declarations |
| | PX-4 | | Summary Exhibit - Defendants' Emails |
| | PX-5 | | CHMS Wage Computation Methodology |
| | PX-6 | | Back Wage Summary Charts and Spreadsheets |
| | PX-7 | | Schedule A |
| | PX-8 | | Defendants' Initial Disclosures and Supplement |
| | PX-9 | | 12/23/19 Defendants' Discovery Supplementation |
| | PX-10 | | 07/15/20 Defendants' Discovery Supplementation |
| | PX-11 | | 07/23/23 Defendants' Discovery Supplementation |
| | PX-12 | | Defendants' Discovery Supplementation |
| | PX-13 | | Deposition Testimony – Maybrook-C Whitecliff Opco, LLC (Greenville) |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2024

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

## TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
| | PX-14 | | Deposition Testimony – Maybrook-C Overlook Opco, LLC (New Wilmington) |
| | PX-15 | | Deposition Testimony – Maybrook-C Evergreen Opco, LLC (Harmony) |
| | PX-16 | | Deposition Testimony – Maybrook-C Silver Oaks Opco, LLC (New Castle) |
| | PX-17 | | Deposition Testimony – South Hills |
| | PX-18 | | Deposition Testimony – Maybrook-C Kade Opco, LLC (Washington) |
| | PX-19 | | Deposition Testimony – Mt. Lebanon |
| | PX-20 | | Deposition Testimony – Murrysville |
| | PX-21 | | Deposition Testimony – Maybrook-C Briarcliff Opco, LLC (Irwin) |
| | PX-22 | | Deposition Testimony – Monroeville |
| | PX-23 | | Deposition Testimony – Maybrook-C Latrobe Opco, LLC |
| | PX-24 | | Deposition Testimony – North Strabane Retirement Village |
| | PX-25 | | Deposition Testimony – North Strabane Rehabilitation and Wellness Center, LLC |
| | PX-26 | | Deposition Testimony – Cheswick Rehabilitation and Wellness Center, LLC |
| | PX-27 | | Deposition Testimony – Comprehensive Healthcare Management Services (Brighton) |
| | PX-28 | | Deposition Testimony – CHMS Group |
| | PX-29 | | Deposition Testimony – Sam Halper |
| | PX-30 | | Deposition Testimony – Ephram Lahasky |
| | PX-31 | | Deposition Testimony – Abraham Pechman |
| | PX-32 | | Deposition Testimony – Joshua Farkovitz |
| | PX-33 | | Deposition Testimony – Tom Lowden |
| | PX-34 | | Deposition Testimony – Michael Neufeld |
| | PX-35 | | Deposition Testimony – Margaret Zapor |
| | PX-37 | | Facility Declaration – Maybrook-C Whitecliff Opco, LLC (Greenville) |
| | PX-38 | | Facility Declaration – Maybrook-C Overlook Opco, LLC (New Wilmington) |

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

**TRIAL EXHIBIT LIST**

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
| | PX-39 | | Facility Declaration - Maybrook-C Evergreen Opco, LLC (Harmony) |
| | PX-40 | | Facility Declaration - Maybrook-C Silver Oaks Opco, LLC (New Castle) |
| | PX-41 | | Facility Declaration(s) - South Hills |
| | PX-42 | | Facility Declaration - Maybrook-C Kade Opco, LLC (Washington) |
| | PX-43 | | Facility Declaration(s) - Mt. Lebanon |
| | PX-44 | | Facility Declaration(s) - Murrysville |
| | PX-45 | | Facility Declaration - Maybrook-C Briarcliff Opco, LLC (Irwin) |
| | PX-46 | | Facility Declaration - Monroeville |
| | PX-47 | | Facility Declaration - Maybrook-C Latrobe Opco, LLC |
| | PX-48 | | Facility Declaration - North Strabane Retirement Village |
| | PX-49 | | Facility Declaration - North Strabane Rehabilitation and Wellness Center, LLC |
| | PX-50 | | Facility Declaration - Cheswick Rehabilitation and Wellness Center, LLC |
| | PX-51 | | Facility Declaration(s) - Comprehensive Healthcare Management Services (Brighton) |
| | PX-52 | | Combined Defendant Responses to Requests for Admission and Interrogatories |
| | PX-53 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Whitecliff Opco, LLC (Greenville) |
| | PX-54 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Overlook Opco, LLC (New Wilmington) |
| | PX-55 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Evergreen Opco, LLC (Harmony) |
| | PX-56 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Silver Oaks Opco, LLC (New Castle) |
| | PX-57 | | Responses to Requests for Admission and/or Interrogatory Responses - South Hills |

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

# TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
| | PX-58 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Kade Opco, LLC (Washington) |
| | PX-59 | | Responses to Requests for Admission and/or Interrogatory Responses - Mt. Lebanon |
| | PX-60 | | Responses to Requests for Admission and/or Interrogatory Responses - Murrysville |
| | PX-61 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Briarcliff Opco, LLC (Irwin) |
| | PX-62 | | Responses to Requests for Admission and/or Interrogatory Responses - Monroeville |
| | PX-63 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Latrobe Opco, LLC |
| | PX-64 | | Responses to Requests for Admission and/or Interrogatory Responses - North Strabane Retirement Village |
| | PX-65 | | Responses to Requests for Admission and/or Interrogatory Responses - North Strabane Rehabilitation and Wellness Center, LLC |
| | PX-66 | | Responses to Requests for Admission and/or Interrogatory Responses - Cheswick Rehabilitation and Wellness Center, LLC |
| | PX-67 | | Responses to Requests for Admission and/or Interrogatory Responses - Comprehensive Healthcare Management Services (Brighton) |
| | PX-68 | | Responses to Requests for Admission and/or Interrogatory Responses - CHMS Group |
| | PX-69 | | Defendants' Compensation Policies |
| | PX-71 | | Tolling Agreements |
| | PX-75 | | Murrysville Payroll Errors Summary |
| | PX-87 | | South Hills Payroll Corrections |
| | PX-89 | | South Hills Payroll Corrections |
| | PX-90 | | Unexecuted Offer Letters |

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

**TRIAL EXHIBIT LIST**

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
|  | PX-104 |  | 12/30/14 P. Zlotolow Email |
|  | PX-105 |  | 01/06/15 P. Zlotolow Email |
|  | PX-115 |  | 01/18/15 S. Halper Email |
|  | PX-121 |  | 04/15/15 S. Halper Email |
|  | PX-131 |  | 08/09/15 S. Halper Email |
|  | PX-132 |  | 08/10/15 M. Gandl Email |
|  | PX-133 |  | 08/10/15 S. Halper Email |
|  | PX-134 |  | 08/13/15 S. Halper Email |
|  | PX-158 |  | 09/21/15 J. Kelly Email |
|  | PX-160 |  | 09/23/15 S. Halper Email |
|  | PX-162 |  | 09/25/15 S. Halper Email |
|  | PX-164 |  | 09/28/15 J. Turbish Email |
|  | PX-165 |  | 09/28/15 S. Halper Email |
|  | PX-171 |  | 10/01/15 P. Zlotolow Email |
|  | PX-172 |  | 10/01/15 P. Zlotolow Email |
|  | PX-175 |  | 10/07/15 M. Neufeld Email |
|  | PX-176 |  | 10/08/15 S. Halper Email |
|  | PX-188 |  | 12/21/15 M. Gandl Email |
|  | PX-189 |  | 12/23/15 J. Kelly Email |
|  | PX-192 |  | 02/11/16 J. Kelly Email |
|  | PX-196 |  | 04/27/16 Email |
|  | PX-201 |  | Offer Letters |
|  | PX-213 |  | 07/13/16 M. Gandl Email |
|  | PX-217 |  | 07/15/16 J. Kelly Email |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**2024**

Su v. Comprehensive Healthcare Management Services, LLC, *et al*    18-1608

# TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
|  | PX-221 |  | 07/28/16 S. Halper Letter |
|  | PX-222 |  | 07/28/16 S. Halper Letter |
|  | PX-223 |  | 07/28/16 S. Halper Letter |
|  | PX-224 |  | 07/28/16 S. Halper Letter |
|  | PX-225 |  | Offer Letters |
|  | PX-226 |  | Offer Letters |
|  | PX-227 |  | Offer Letters |
|  | PX-228 |  | Offer Letters |
|  | PX-229 |  | Offer Letters |
|  | PX-230 |  | Offer Letter |
|  | PX-231 |  | Offer Letter |
|  | PX-232 |  | Offer Letter |
|  | PX-233 |  | Offer Letters |
|  | PX-234 |  | Offer Letters |
|  | PX-235 |  | Offer Letters |
|  | PX-236 |  | Offer Letters |
|  | PX-237 |  | Offer Letter |
|  | PX-238 |  | Offer Letter |
|  | PX-240 |  | Transfer Letters |
|  | PX-241 |  | Transfer Letter |
|  | PX-242 |  | Transfer Letters |
|  | PX-243 |  | Transfer Letter |
|  | PX-244 |  | Transfer Letter |
|  | PX-245 |  | Transfer Letter |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2024

Su v. Comprehensive Healthcare Management Services, LLC, *et al*   18-1608

# TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
|  | PX-246 |  | Transfer Letter |
|  | PX-247 |  | Transfer Letter |
|  | PX-248 |  | Transfer Letter |
|  | PX-249 |  | Transfer Letters |
|  | PX-250 |  | Transfer Letters |
|  | PX-251 |  | Transfer Letters |
|  | PX-253 |  | Offer Letter |
|  | PX-254 |  | Offer Letter |
|  | PX-259 |  | 09/08/16 S. Halper Email |
|  | PX-262 |  | 09/13/16 M. Gandl Email |
|  | PX-265 |  | 09/16/16 S. Halper Email |
|  | PX-270 |  | 09/26/16 A. Walter Email |
|  | PX-289 |  | Offer Letters |
|  | PX-293 |  | 10/31/16 B. Greenberg Email |
|  | PX-294 |  | Offer Letter |
|  | PX-299 |  | 11/10/16 B. Greenberg Email |
|  | PX-300 |  | 11/15/16 S. Halper Email |
|  | PX-301 |  | 11/23/16 J. Kelly Email |
|  | PX-307 |  | Offer Letter |
|  | PX-308 |  | Offer Letters |
|  | PX-309 |  | Offer Letters |
|  | PX-310 |  | Transfer Letters |
|  | PX-311 |  | 12/21/16 H. Meadows Email |
|  | PX-313 |  | Transfer Letters |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2024

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

## TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
|  | PX-314 |  | 12/27/16 S. Halper Email |
|  | PX-315 |  | Transfer Letters |
|  | PX-318 |  | Transfer Letter |
|  | PX-319 |  | Transfer Letter |
|  | PX-320 |  | Transfer Letter |
|  | PX-321 |  | Transfer Letter |
|  | PX-322 |  | Transfer Letter |
|  | PX-323 |  | Transfer Letter |
|  | PX-324 |  | Transfer Letter |
|  | PX-325 |  | Transfer Letter |
|  | PX-331 |  | 01/20/17 S. Halper Email |
|  | PX-334 |  | 01/26/17 S. Halper Email |
|  | PX-335 |  | 01/30/17 J. Kelly Email |
|  | PX-341 |  | 02/22/17 J. Kelly Email |
|  | PX-342 |  | 02/22/17 P. Fulton Email |
|  | PX-344 |  | 02/23/17 S. Halper Email |
|  | PX-345 |  | 02/23/17 S. Halper Email |
|  | PX-346 |  | 02/24/17 A. Molinaro Email |
|  | PX-349 |  | 03/02/17 A. Molinaro Email |
|  | PX-351 |  | 03/05/17 A. Molinaro Email |
|  | PX-352 |  | 03/06/17 S. Halper Email |
|  | PX-353 |  | 03/06/17 M. Zapor Email |
|  | PX-355 |  | 03/07/17 K. Hoke Email |
|  | PX-358 |  | 03/07/17 M. Swan Email |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2024

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

## TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
|  | PX-360 |  | 03/08/17 M. Gandl Email |
|  | PX-361 |  | 03/08/17 P. Fulton Email |
|  | PX-363 |  | 03/09/17 S. Halper Email |
|  | PX-365 |  | 03/13/17 K. Hoke Email |
|  | PX-369 |  | 03/14/17 K. Hoke Email |
|  | PX-370 |  | 03/14/17 S. Halper Email |
|  | PX-371 |  | 03/14/17 A. Molinaro Email |
|  | PX-375 |  | 03/16/17 S. Halper Email |
|  | PX-384 |  | 03/31/17 J. Menachem Email |
|  | PX-385 |  | 03/31/17 A. Molinaro Email |
|  | PX-386 |  | 03/31/17 C. Bankosh Email |
|  | PX-387 |  | 04/05/17 M. Gandl Email |
|  | PX-389 |  | 04/10/17 M. Gandl Email |
|  | PX-394 |  | 04/20/17 B. Halper Email |
|  | PX-395 |  | 04/21/17 A. Molinaro Email |
|  | PX-398 |  | 04/25/17 P. Fulton Email |
|  | PX-402 |  | 04/28/17 A. Molinaro Email |
|  | PX-403 |  | 04/28/17 A. Molinaro Email |
|  | PX-406 |  | 05/01/17 S. Halper Email |
|  | PX-408 |  | 05/01/17 A. Molinaro Email |
|  | PX-409 |  | 05/01/17 A. Molinaro Email |
|  | PX-413 |  | 05/08/17 J. Reichard Email |
|  | PX-415 |  | 05/13/17 S. Halper Email |
|  | PX-416 |  | 05/16/17 J. Haller Email |

Su v. Comprehensive Healthcare Management Services, LLC, *et al*    18-1608

# TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
|  | PX-422 |  | 05/19/17 S. Halper Email |
|  | PX-426 |  | 05/29/17 S. Halper Email |
|  | PX-428 |  | Harmony Hours Report |
|  | PX-432 |  | 06/13/17 E. Hamilton Email |
|  | PX-435 |  | 06/19/17 A. Molinaro Email |
|  | PX-447 |  | 07/12/27 M. Neufeld Email |
|  | PX-466 |  | Offer Letter |
|  | PX-467 |  | Offer Letter |
|  | PX-468 |  | Offer Letter |
|  | PX-470 |  | 08/28/17 J. Svarc Email |
|  | PX-475 |  | 09/03/17 S. Halper Email |
|  | PX-478 |  | 09/06/17 S. Halper Email |
|  | PX-479 |  | 09/12/17 T. Such Email |
|  | PX-481 |  | Offer Letters |
|  | PX-482 |  | Transfer Letters |
|  | PX-484 |  | Transfer Letters |
|  | PX-485 |  | Offer Letter |
|  | PX-493 |  | 09/26/17 M. Gandl Email |
|  | PX-494 |  | 09/26/17 S. Halper Email |
|  | PX-495 |  | 09/27/17 T. Balog Email |
|  | PX-498 |  | 09/28/17 S. Halper Email |
|  | PX-504 |  | 10/04/17 M. Neufeld Email |
|  | PX-506 |  | 10/08/17 L. Hildenbrand Email |
|  | PX-511 |  | 10/11/17 Email |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

# TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
| | PX-512 | | 10/11/17 S. Halper Email |
| | PX-519 | | 10/17/17 M. Gandl Email |
| | PX-520 | | 10/17/17 S. Halper Email |
| | PX-521 | | 10/17/17 S. Halper Email |
| | PX-529 | | 10/18/17 S. Halper Email |
| | PX-531 | | 10/18/17 S. Halper Email |
| | PX-532 | | 10/19/17 R. Goff Email |
| | PX-537 | | 10/23/17 D. Lopus Email |
| | PX-541 | | 10/25/17 R. Goff Email |
| | PX-545 | | 10/26/17 M. Neufeld Email |
| | PX-548 | | 10/26/17 S. Halper Email |
| | PX-550 | | 10/30/17 M. Morris Email |
| | PX-555 | | 11/01/17 M. Morris Email |
| | PX-557 | | 11/01/17 M. Singer Email |
| | PX-559 | | 11/03/17 R. Goff Email |
| | PX-558 | | 11/02/17 S. Halper Email |
| | PX-561 | | 11/07/17 D. Bernstein Email |
| | PX-574 | | 11/23/17 B. Horwitz Email |
| | PX-579 | | 11/30/17 S. Halper Email |
| | PX-580 | | 11/30/17 M. Lahasky Email |
| | PX-581 | | 11/30/17 M. Neufeld Email |
| | PX-584 | | 12/03/17 D. Bernstein Email |
| | PX-585 | | 12/04/17 D. Bernstein Email |
| | PX-586 | | 12/04/17 D. Bernstein Email |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2024

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

## TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
|  | PX-587 |  | 12/04/17 M. Zapor Email |
|  | PX-590 |  | 12/15/17 S. Halper Email |
|  | PX-594 |  | 01/11/18 D. Bernstein Email |
|  | PX-601 |  | 01/12/18 S. Halper Email |
|  | PX-607 |  | 01/31/18 Email |
|  | PX-608 |  | 02/01/18 D. Bernstein Email |
|  | PX-611 |  | 02/08/18 D. Bernstein Email |
|  | PX-613 |  | 02/09/18 S. Halper Email |
|  | PX-616 |  | 02/14/18 Email |
|  | PX-620 |  | 03/06/18 I. Nadjari Email |
|  | PX-627 |  | 03/20/18 D. Bernstein Email |
|  | PX-632 |  | 03/28/18 Y. Greenbaum Email |
|  | PX-633 |  | 03/28/18 S. Halper Email |
|  | PX-634 |  | 03/28/18 Email |
|  | PX-638 |  | 04/05/18 D. Bernstein Email |
|  | PX-635 |  | 03/29/18 C. Matlack Email |
|  | PX-640 |  | 04/11/18 C. Matlack Email |
|  | PX-656 |  | 05/09/18 C. Matlack Email |
|  | PX-661 |  | 05/16/18 S. Halper Email |
|  | PX-673 |  | 06/04/18 S. Halper Email |
|  | PX-679 |  | 06/06/18 C. Matlack Email |
|  | PX-683 |  | 06/21/18 C. Matlack Email |
|  | PX-690 |  | 07/10/18 C. Instone Email |
|  | PX-706 |  | 07/24/18 S. Halper Email |

15

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**2024**

Su v. Comprehensive Healthcare Management Services, LLC, *et al*   18-1608

## TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
|  | PX-709 |  | 07/25/18 S. Halper Email |
|  | PX-712 |  | 07/26/18 S. Levy Email |
|  | PX-718 |  | 08/15/18 S. Halper Email |
|  | PX-726 |  | 08/29/18 S. Halper Email |
|  | PX-727 |  | 08/29/18 C. Matlack Email |
|  | PX-742 |  | 10/19/18 C. Matlack Email |
|  | PX-762 |  | 01/16/19 A. Pechman Email |
|  | PX-773 |  | 04/10/19 S. Halper Email |
|  | PX-779 |  | 06/20/19 S. Halper Email |
|  | PX-781 |  | Draft Offer Letter |
|  | PX-784 |  | 08/07/19 S. Halper Email |
|  | PX-792 |  | 10/02/15 001094 S. Halper Email |
|  | PX-A |  | Binder of Collective Exhibits PX-195; PX-197; PX-288; PX-298; PX-303; PX-305; PX-312; PX-318; PX-328; PX-330; PX-339; PX-354; PX-357; PX-376; PX-383; PX-391; PX-392; PX-393; PX-396; PX-399; PX-407; PX-410; PX-418; PX-419; PX-423; PX-430; PX-43l; PX-439; PX-444; PX-446; PX-449; PX-451; PX-453; PX-459; PX-461; PX-462; PX-463; PX-465; PX-472; PX-473; PX-476; PX-486; PX-497; PX-499; PX-501; PX-503; PX-508; PX-509; PX-516; PX-545; PX-546; PX-549; PX-551; PX-560; PX-566; PX-567; PX-571; PX-577; PX-578; PX-582; PX-583; PX-597; PX-598; PX-609; PX-617; PX-621; PX-628; PX-631; PX-641; PX-651; PX-652; PX-662; PX-668; PX-671; PX-676; PX-678; PX-680; PX-681; PX-688; PX-705; PX-713; PX-722; PX-725; PX-728; PX-735; PX-739; PX-741; PX-746; PX-748; PX-750; PX-753; PX-754; PX-751; PX-769; PX-771 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2024

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

**TRIAL EXHIBIT LIST**

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
|  | PX-B |  | Binder of Collective Exhibits PX-122; PX-123; PX-127; PX-136; PX-138; PX-140; PX-141; PX-142; PX-144; PX-145; PX-146; PX-147; PX-148; PX-150; PX-152; PX-153; PX-168; PX-169; PX-170; PX-179; PX-180; PX-181; PX-183; PX-184; PX-185; PX-187; PX-193; PX-200; PX-220; PX-257; PX-260; PX-266; PX-267; PX-269; PX-272; PX-273; PX-275; PX-276; PX-277; PX-278; PX-280; PX-282; PX-283; PX-284; PX-286; PX-290; PX-291; PX-292; PX-338; PX-340; PX-347; PX-350; PX-356; PX-366; PX-367; PX-368; PX-372; PX-374; PX-377; PX-379; PX-380; PX-381; PX-382; PX-443; PX-471; PX-483; PX-492; PX-502; PX-522; PX-524; PX-525; PX-527; PX-528; PX-535; PX-536; PX-542; PX-553; PX-554; PX-556; PX-562; PX-568; PX-569; PX-572; PX-595; PX-606; PX-608; PX-613; PX-620; PX-627; PX-642; PX-697; PX-708 |
|  | PX-C |  | Binder of Collective Exhibits PX-214; PX-258; PX-263; PX-271; PX-327; PX-329; PX-332; PX-333; PX-336; PX-337; PX-362; PX-378; PX-400; PX-411; PX-414; PX-421; PX-424; PX-429; PX-433; PX-434; PX-450; PX-459; PX-477; PX-488; PX-496; PX-500; PX-505; PX-507; PX-510; PX-513; PX-515; PX-517; PX-526; PX-539; PX-543; PX-544; PX-564; PX-565; PX-570; PX-575; PX-576; PX-588; PX-589; PX-591; PX-600; PX-604; PX-605; PX-614; PX-618; PX-619; PX-623; PX-624; PX-626; PX-643; PX-645; PX-646; PX-648; PX-649; PX-655; PX-665; PX-667; PX-677; PX-696; PX-703; PX-704; PX-715; PX-717; PX-719; PX-724; PX-726; PX-730; PX-732; PX-733; PX-737; PX-745 |