**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JULIE A. SU, | ) | |
| ACTING SECRETARY OF LABOR, | ) | Civil Action No. 2:18-cv-01608 WSS |
| UNITED STATES DEPARTMENT OF | ) | |
| LABOR, | ) | Honorable William S. Stickman |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMPREHENSIVE HEALTHCARE | ) | |
| MANAGEMENT SERVICES, LLC, et al | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF COMMENCEMENT OF BANKRUTPCY CASES

The following Defendants hereby notify the Court that, on May 17, 2024, each filed a voluntary Chapter 11 bankruptcy petition under Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Pennsylvania.  The bankruptcy cases will be jointly administered under the case *In re South Hills Operations, LLC*, case number 24-bk-21217. Defendants who are now debtors-in-possession in the Chapter 11 bankruptcy cases, along with the last four digits of each Debtor's federal tax identification number are: South Hills Operations, LLC (5527); Monroeville Operations, LLC (3280); Mt. Lebanon Operations, LLC (1133); Murrysville Operations, LLC (9149); Cheswick Rehabilitation and Wellness Center, LLC (9561); North Strabane Rehabilitation and Wellness Center, LLC (1677); Maybrook-C Briarcliff Opco, LLC (5187); Maybrook-C Evergreen Opco, LLC (5388); Maybrook-C Kade Opco, LLC (4033); Maybrook-C Latrobe Opco, LLC (4148); Maybrook-C Overlook Opco, LLC (7081); Maybrook-C Silver Oaks Opco, LLC (7146), and Maybrook-C Whitecliff Opco, LLC (6211).

Date: May 20, 2024

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Marla N. Presley*

Marla N. Presley (PA ID No. 91020)
marla.presley@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA  15222
(412) 232-0404
(412) 232-3441 Facsimile

Jeffrey A. Schwartz (admitted *pro hac vice*)
jeffrey.schwartz@jacksonlewis.com
171 17th Street, NW, Suite 1200
Atlanta, GA  30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173

Catherine A. Cano (admitted *pro hac vice*)
catherine.cano@jacksonlewis.com
10050 Regency Circle, Suite 400
Omaha, NE  68114
Telephone: 402-391-1991
Facsimile: 402-391-7363

*Attorneys for Defendants*