IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>     Plaintiff,<br><br>   v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT<br>SERVICES, LLC, et al.<br><br>     Defendants. | Case No. 2:18-cv-01608-WSS<br><br>Hon. William S. Stickman, IV |

**ORDER**

AND NOW on this __20__, day of May 2024, upon consideration of the Parties' joint request, it is hereby ORDERED that the Phase II Post-Trial Briefing Deadlines are further modified (ECF Nos. 448, 450) so that the Parties' Proposed Findings of Fact and Conclusions of Law are due on or before 06/05/24. Responsive briefs are due on or before 06/26/24. The Parties understand that the Court may modify these deadlines by further extending them based upon the results of the impending Status Conference. The Order's (ECF No. 448) other provisions remain unchanged.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE