IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A SU, *Secretary of Labor, United States Department of Labor*,<br><br>*Plaintiff*,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, *et al*,<br><br>*Defendants*. | Civil Action No. 2:18-cv-1608<br><br>Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD:  Video Status Conference
DATE TRIAL HELD:  May 23, 2024
BEFORE:  Judge William S. Stickman IV

| Appearing for Plaintiff: | Appearing for Defendants: |
|---|---|
| Alejandro Alfonso Herrera, Esquire | Jeffrey Schwartz, Esquire |
| | Marla Presley, Esquire |
| | Catherine Cano, Esquire |

Conference began at 10:01 a.m.          Conference concluded at 10:24 a.m.

Stenographer:  Karen Earley

NOTES:

This status conference was held to determine the effect of several defendants filing for bankruptcy.

The Court determined that an automatic stay does not apply, and it will not issue a discretionary stay. For the reasons set forth on the record, the Court would deny any motion filed for a discretionary stay. The Court further determined that the pending deadlines remain in effect. However, the Court will accept briefing on the impact the bankruptcy filing has on the ability of defense counsel to submit post-trial briefs on behalf of the bankruptcy defendants on or before **May 31, 2024**.