IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br>Plaintiff,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, et al<br><br>Defendants. | Civil Action No. 2:18-cv-01608 WSS<br><br>Honorable William S. Stickman |

**ORDER**

AND NOW on this __30__, day of May 2024, upon consideration of the Defendants' Unopposed Motion, it is hereby ORDERED that the Phase II Post-Trial Briefing Deadlines are further modified (ECF Nos. 455) so that the parties' Proposed Findings of Fact and Conclusions of Law are due on or before 06/10/24. Responsive briefs are due on or before 07/01/24. The Order's other provisions remain unchanged.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE