IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2024

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

# TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
| JX-27 | | | North Strabane Retirement Village Organizational Chart |
| JX-31 | | | Comprehensive Healthcare Management Services LLC DBA Friendship Ridge Service and Maintenance CBA |
| JX-42 | | | Comprehensive Healthcare Management Services (Brighton) CBA |
| JX-43 | | | Cheswick Rehabilitation and Wellness Center, LLC CBA |
| JX-44 | | | Maybrook-C Latrobe Opco, LLC CBA |
| JX-45 | | | Maybrook-C Briarcliff Opco, LLC (Irwin) CBA |
| JX-46 | | | Maybrook-C Evergreen Opco, LLC (Harmony) CBA |
| JX-47 | | | Maybrook-C Kade Opco, LLC (Washington) CBA |
| JX-48 | | | Maybrook-C Silver Oaks Opco, LLC (New Castle) CBA |
| JX-49 | | | Monroeville/Mt. Lebanon/Murrysville CBA |
| JX-50 | | | North Strabane Rehabilitation and Wellness Center, LLC/North Strabane Retirement Village |
| JX-51 | | | South Hills CBA |
| JX-59 | | | 07/31/15 S. Halper Email |
| JX-60 | | | 09/01/15 P. Zlotolow Email |
| JX-61 | | | 09/03/15 M. Gandl Email |
| JX-63 | | | 09/28/15 J. Kelly Email |
| JX-64 | | | 11/10/15 M. Gandl Email |
| JX-66 | | | 12/09/15 M. Gandl Email |
| JX-67 | | | 09/15/16 M. Licht Email |
| JX-68 | | | 12/05/16 M. Zapor Email |
| JX-69 | | | 09/25/17 S. Halper Email |
| JX-70 | | | 10/17/17 S. Halper Email |
| JX-71 | | | 10/25/17 M. Gandl Email |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2024

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

## TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
| JX-72 | | | 11/17/17 S. Halper Email |
| JX-73 | | | 11/22/17 J. Reichard Email |
| JX-74 | | | 03/28/18 D. Bernstein Email |
| JX-75 | | | 04/26/18 M. Neufeld Email |
| JX-76 | | | 06/01/18 A. Pechman Email |
| JX-77 | | | 06/20/18 S. Stewart Email |
| JX-78 | | | 06/21/18 C. Matlack Email |
| JX-79 | | | 07/10/18 A. Pechman Email |
| JX-80 | | | Exempt vs. Non-Exempt List |
| | PX-8 | | Defendants' Initial Disclosures and Supplement |
| | PX-9 | | 12/23/19 Defendants' Discovery Supplementation |
| | PX-10 | | 07/15/20 Defendants' Discovery Supplementation |
| | PX-11 | | 07/23/23 Defendants' Discovery Supplementation |
| | PX-12 | | Defendants' Discovery Supplementation |
| | PX-13 | | Deposition Testimony – Maybrook-C Whitecliff Opco, LLC (Greenville) |
| | PX-14 | | Deposition Testimony – Maybrook-C Overlook Opco, LLC (New Wilmington) |
| | PX-15 | | Deposition Testimony – Maybrook-C Evergreen Opco, LLC (Harmony) |
| | PX-16 | | Deposition Testimony – Maybrook-C Silver Oaks Opco, LLC (New Castle) |
| | PX-17 | | Deposition Testimony – South Hills |
| | PX-18 | | Deposition Testimony – Maybrook-C Kade Opco, LLC (Washington) |
| | PX-19 | | Deposition Testimony – Mt. Lebanon |
| | PX-20 | | Deposition Testimony – Murrysville |
| | PX-21 | | Deposition Testimony – Maybrook-C Briarcliff Opco, LLC (Irwin) |
| | PX-22 | | Deposition Testimony – Monroeville |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2024

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

**TRIAL EXHIBIT LIST**

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
| | PX-23 | | Deposition Testimony – Maybrook-C Latrobe Opco, LLC |
| | PX-24 | | Deposition Testimony – North Strabane Retirement Village |
| | PX-25 | | Deposition Testimony – North Strabane Rehabilitation and Wellness Center, LLC |
| | PX-26 | | Deposition Testimony – Cheswick Rehabilitation and Wellness Center, LLC |
| | PX-27 | | Deposition Testimony – Comprehensive Healthcare Management Services (Brighton) |
| | PX-28 | | Deposition Testimony – CHMS Group |
| | PX-29 | | Deposition Testimony – Sam Halper |
| | PX-30 | | Deposition Testimony – Ephram Lahasky |
| | PX-31 | | Deposition Testimony – Abraham Pechman |
| | PX-32 | | Deposition Testimony – Joshua Farkovitz |
| | PX-33 | | Deposition Testimony – Tom Lowden |
| | PX-34 | | Deposition Testimony – Michael Neufeld |
| | PX-35 | | Deposition Testimony – Margaret Zapor |
| | PX-36 | | |
| | PX-37 | | Facility Declaration – Maybrook-C Whitecliff Opco, LLC (Greenville) |
| | PX-38 | | Facility Declaration – Maybrook-C Overlook Opco, LLC (New Wilmington) |
| | PX-39 | | Facility Declaration - Maybrook-C Evergreen Opco, LLC (Harmony) |
| | PX-40 | | Facility Declaration - Maybrook-C Silver Oaks Opco, LLC (New Castle) |
| | PX-41 | | Facility Declaration(s) - South Hills |
| | PX-42 | | Facility Declaration - Maybrook-C Kade Opco, LLC (Washington) |
| | PX-43 | | Facility Declaration(s) - Mt. Lebanon |
| | PX-44 | | Facility Declaration(s) - Murrysville |
| | PX-45 | | Facility Declaration - Maybrook-C Briarcliff Opco, LLC (Irwin) |
| | PX-46 | | Facility Declaration - Monroeville |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2024

Su v. Comprehensive Healthcare Management Services, LLC, *et al*    18-1608

## TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
| | PX-47 | | Facility Declaration - Maybrook-C Latrobe Opco, LLC |
| | PX-48 | | Facility Declaration - North Strabane Retirement Village |
| | PX-49 | | Facility Declaration - North Strabane Rehabilitation and Wellness Center, LLC |
| | PX-50 | | Facility Declaration - Cheswick Rehabilitation and Wellness Center, LLC |
| | PX-51 | | Facility Declaration(s) - Comprehensive Healthcare Management Services (Brighton) |
| | PX-52 | | Combined Defendant Responses to Requests for Admission and Interrogatories |
| | PX-53 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Whitecliff Opco, LLC (Greenville) |
| | PX-54 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Overlook Opco, LLC (New Wilmington) |
| | PX-55 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Evergreen Opco, LLC (Harmony) |
| | PX-56 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Silver Oaks Opco, LLC (New Castle) |
| | PX-57 | | Responses to Requests for Admission and/or Interrogatory Responses - South Hills |
| | PX-58 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Kade Opco, LLC (Washington) |
| | PX-59 | | Responses to Requests for Admission and/or Interrogatory Responses - Mt. Lebanon |
| | PX-60 | | Responses to Requests for Admission and/or Interrogatory Responses - Murrysville |
| | PX-61 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Briarcliff Opco, LLC (Irwin) |
| | PX-62 | | Responses to Requests for Admission and/or Interrogatory Responses - Monroeville |
| | PX-63 | | Responses to Requests for Admission and/or Interrogatory Responses - Maybrook-C Latrobe Opco, LLC |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2024

Su v. Comprehensive Healthcare Management Services, LLC, *et al*     18-1608

## TRIAL EXHIBIT LIST

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendants' Exhibit No. | Description |
|---|---|---|---|
|  | PX-64 |  | Responses to Requests for Admission and/or Interrogatory Responses - North Strabane Retirement Village |
|  | PX-65 |  | Responses to Requests for Admission and/or Interrogatory Responses - North Strabane Rehabilitation and Wellness Center, LLC |
|  | PX-66 |  | Responses to Requests for Admission and/or Interrogatory Responses - Cheswick Rehabilitation and Wellness Center, LLC |
|  | PX-67 |  | Responses to Requests for Admission and/or Interrogatory Responses - Comprehensive Healthcare Management Services (Brighton) |
|  | PX-68 |  | Responses to Requests for Admission and/or Interrogatory Responses - CHMS Group |