IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A SU, *Secretary of Labor, United States Department of Labor*, <br><br> *Plaintiff,* <br><br> v. <br><br> COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, *et al,* <br><br> *Defendants.* | Civil Action No. 2:18-cv-1608 <br><br> Hon. William S. Stickman IV |

### **JUDGMENT ORDER**

AND NOW, this **22** day of July 2024, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of the Acting Secretary of Labor and jointly and severally against Defendants Samuel Halper, CHMS Group LLC, Comprehensive Healthcare Management Services, LLC d/b/a Brighton Rehabilitation and Wellness Center; Maybrook-C Briarcliff Opco, LLC, d/b/a The Grove at Irwin or The Grove at North Huntingdon; Maybrook-C Evergreen Opco, LLC, d/b/a The Grove at Harmony; Maybrook-C Kade Opco, LLC, d/b/a The Grove at Washington; Maybrook-C Latrobe Opco, LLC, d/b/a The Grove at Latrobe; Maybrook-C Overlook Opco, LLC, d/b/a The Grove at New Wilmington; Maybrook-C Silver Oaks Opco, LLC, d/b/a The Grove at New Castle; Maybrook-C Whitecliff Opco, LLC, d/b/a The Grove at Greenville; Monroeville Operations LLC, d/b/a Monroeville Rehabilitation & Wellness Center; Cheswick Rehabilitation and Wellness Center, LLC; Mt. Lebanon Rehabilitation and Wellness Center, LLC; Murrysville Operation, d/b/a Murrysville Rehabilitation & Wellness Center; North Strabane Rehabilitation and Wellness Center, LLC; North Strabane Retirement

1

Village, LLC; and, South Hills Operations LLC, d/b/a South Hills Rehabilitation and Wellness (collectively, "Defendants") in the amount of $35,804,438.20. Specifically, the Court awards:

| | |
|---|---|
| Back Wages Due: | $17,902,219.10 |
| Liquidated Damages Due: | $17,902,219.10 |
| **Total:** | **$35,804,438.20** |

IT IS FURTHER ORDERED that Defendants are permanently enjoined from violating the FLSA, particularly §§ 207, 211(c), 215(a)(2), and 215(a)(5).

BY THE COURT:

*/s/ William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE
