# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT<br>OF LABOR<br><br>    Plaintiff,<br><br>  v.<br><br>COMPREHENSIVE HEALTHCARE<br>MANAGEMENT SERVICES, LLC,<br>et. al.<br><br>    Defendants. | Civil Action No. 2:18-cv-01608 WSS<br><br>Honorable William S. Stickman IV<br><br>*Electronically Filed* |

## [PROPOSED] ORDER

This matter is before the Court on the Defendant's Motion for Stay of Execution of Judgment. For the reasons outlined in the Defendant's motion, the Court finds that the motion should be granted and execution of the judgment is stayed pending further order from this Court.

**IT IS SO ORDERED.**

DATED this __ day of August 2024.

BY THE COURT:

_____
Honorable William S. Stickman
District Court Judge