IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT<br>SERVICES, LLC, et al.<br><br>Defendants. | Case No. 2:18-cv-01608-WSS |

**PROPOSED ORDER**

AND NOW on this _____, day of August 2024, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to Respond to the Motion for Stay of Execution of Judgment, it is hereby ORDERED that the Unopposed Motion is GRANTED. The deadline for the Response to the Motion for Stay of Execution of Judgment (ECF No. 473) is extended through and including August 26, 2024

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

1