# ABSTRACT OF JUDGMENT

**Re:** Secretary of Labor v. Comprehensive Healthcare Management Services, LLC, et al.

**Case Number:** 2:18-cv-1608

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| See Attachment A | Secretary of Labor<br>U.S. Department of Labor<br>1835 Market Street<br>Mailstop SOL/22<br>Philadelphia, PA 19103 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $35,804,438.20 | Alejandro A. Herrera<br>Senior Trial Attorney<br>U.S. Department of Labor<br>1835 Market Street<br>Mailstop SOL/22<br>Philadelphia, PA 19103 | July 22, 2024 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE - U.S. DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Brandy S. Lonchena, Clerk of Court**

_____

**By:**          **Deputy Clerk**

**Dated:** _____

**ATTACHMENT A TO ABSTRACT OF JUDGMENT**

Secretary of Labor v. Comprehensive Healthcare Management Services, LLC, et al.

No. 2:18-cv-1608 (W.D. Pa.)

Names and Addresses of Parties against whom Judgment has been obtained:

1. Samuel (Sam) Halper
   1260 Stillwater Drive
   Miami Beach, FL 33141

2. CHMS Group, LLC
   1800 Rockaway Ave.
   Suite 200
   Hewlett, NY 11557

3. Comprehensive Healthcare Management Services, LLC d/b/a Brighton
   Rehabilitation and Wellness Center
   246 Friendship Cir.
   Beaver, PA 15009

4. Maybrook-C Briarcliff Opco, LLC, d/b/a The Grove at Irwin or
   The Grove at North Huntington
   249 Maus Drive
   North Huntingdon, PA 15642

5. Maybrook-C Evergreen Opco, LLC, d/b/a The Grove at Harmony
   191 Evergreen Mill Road
   Harmony, PA 16037

6. Maybrook-C Kade Opco, LLC, d/b/a The Grove at Washington
   1198 W. Wylie Ave.
   Washington, PA 15301

7. Maybrook-C Overlook Opco, LLC, d/b/a/ The Grove at New Wilmington
   520 New Castle Street
   New Wilmington, PA 16142

8. Maybrook-C Silver Oaks Opco, LLC, d/b/a/ The Grove at New Castle
   715 Harbor Street
   New Castle, PA 16101

1

9.  Maybrook-C Whitecliff Opco, LLC, d/b/a The Grove at Greenville
    110 Fredonia Road
    Greenville, PA 16125

10. Monroeville Operations LLC, d/b/a/ Monroeville Rehabilitation & Wellness Center
    4142 Monroeville Blvd.
    Monroeville, PA 15146

11. Murrysville Operations, LLC d/b/a Murrysville Rehabilitation & Wellness Center
    3300 Logans Ferry Road
    Murrysville, PA 15668

12. Mt. Lebanon Rehabilitation and Wellness Center, LLC
    350 Old Gilkeson Road
    Pittsburgh, PA 15228

13. South Hills Operations LLC, d/b/a South Hills Rehabilitation and Wellness
    201 Village Drive,
    Canonsburg, PA 15317

14. Maybrook-C Latrobe Opco, LLC, d/b/a The Grove at Latrobe
    576 Rogers Drive
    Latrobe, PA 15650

15. Cheswick Rehabilitation and Wellness Center, LLC
    3876 Saxonburg Blvd.
    Cheswick, PA 15024

16. North Strabane Rehabilitation and Wellness Center, LLC
    100 Tandem Village Road
    Canonsburg, PA 15317

17. North Strabane Retirement Village, LLC
    200 Tandem Village Road
    Canonsburg, PA 15317