**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEITH E. SONDERLING,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-01608-WSS |

## PARTIES' JOINT STATUS REPORT

In accordance with the Court's Order (Dkt. 500), the parties submit a Joint Status Report to respectfully request that the Court schedule the remote status conference for October 14, 2026 at 11:00 a.m. EST.

Respectfully Submitted,

**UNITED STATES DEPARTMENT OF LABOR**

Jonathan Berry
Solicitor of Labor

Samantha N. Thomas
Regional Solicitor

Adam Welsh
Wage and Hour Counsel

*/s/ Alejandro A. Herrera*
Alejandro A. Herrera
Regional Counsel for ERISA
PA 326897; NY 5235601

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968

(215) 861-5136 (voice)
(215) 861-5162 (fax)

herrera.alejandro.a@dol.gov

JACKSON LEWIS, PC

*/s/ Catherina A. Cano* (with permission)
Catherine A. Cano (admitted *pro hac vice*)
catherine.cano@jacksonlewis.com
10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
Telephone: 402-391-1991
Facsimile: 402-391-7363

Jeffrey A. Schwartz (admitted *pro hac vice*)
jeffrey.schwartz@jacksonlewis.com
Jackson Lewis P.C.
171 17th Street, NW, Suite 1200
Atlanta, GA 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 1, 2026, I electronically filed the foregoing Joint Status Report by using the CM/ECF system.

Date: September 1, 2026

<u>*/s/ Alejandro A. Herrera*</u>

Alejandro A. Herrera
Regional Counsel for ERISA
PA 326897; NY 5235601

U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968
herrera.alejandro.a@dol.gov
(215) 861-5136 (voice)
(215) 861-5162 (fax)