IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEITH E. SONDERLING, *Acting Secretary of Labor, United States Department of Labor*,

*Plaintiff*,

v.

COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, *et al*,

*Defendants*.

Civil Action No. 2:18-cv-1608

Hon. William S. Stickman IV

ORDER OF COURT

AND NOW, this 1st day of September 2026, IT IS HEREY ORDERED that a video status conference is scheduled for **October 14, 2026 at 11:00 a.m**. All parties are to attend this conference by Zoom. The Zoom invitation is:

https://pawd-uscourts.zoomgov.com/j/1651709242

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE